No. 88–6427.  HARGROVE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 88–6430.  DELGADO ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–6432.  CABALLERO SALINAS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–6433.  COLLICOTT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–6437.  BATES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–6441.  PAZOS-FLORES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 88–6442.  ROLLING *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–6445.  GAMBINO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–6446.  COLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–6451.  ENTELISANO *v.* FELT.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 88–6452.  RAMEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–6459.  SOLOMON *v.* UNITED STATES; and
No. 88–6499.  SOLOMON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 856 F. 2d 1572.

No. 88–6462.  GARCIA ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–6465.  BRYANT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–6478.  ORTIZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.